FILED

06/14/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0582

## IN THE SUPREME COURT OF THE STATE OF MONTANA
### Supreme Court No. DA 21-0582

KIM NORQUAY, JR.,
aka, Buggz Ironman-Whitecow

      Petitioner and Appellant,

v.

STATE OF MONTANA,

      Respondent and Appellee.

## GRANT OF EXTENSION

Counsel for Appellant Kim Norquay, Jr., has filed an unopposed motion seeking a 30-day extension of the briefing deadlines in this matter. Counsel asserts the continuance is necessary because she was appointed to represent Mr. Norquay in his appeal on April 4, 2022, she has been in, and remains in, San Diego on a family health emergency since May 10, 2022, and needs at least 30 additional days to complete the Appellant's Opening Brief.

The State does not object to the Motion.

THEREFORE, the Motion is Granted. The Opening Brief in this matter, currently due on July 5, 2022, is now due on August 5, 2022.

Electronically signed by:
Mike McGrath
Chief Justice, Montana Supreme Court
June 14 2022